UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD POMPONIO and PAULA POMPONIO,<br>       Plaintiffs,<br><br>v.<br>TOWN OF ASHLAND, JOHN PETRIN, ROBERT HEBDEN, RICHARD BRIGGS, GREGORY FAWKES, CHRISTOPHER ALBERINI, ROBERT MACQUARRIE, ANTHONY SCHIAVI, STEPHEN DOHERTY, MICHAEL DIONNE, LUANNE TOMASO, ALENA DOWNEY, JAMES PURCELL, JOHN DRISCOLL and MARK PURPLE,<br>       Defendants. | CIVIL ACTION NO. 1:15-cv-10253-IT |

## JOINT SCHEDULING STATEMENT

The parties hereby submit the following Joint Statement in accordance with the Notice of Initial Scheduling Conference and pursuant to the provisions of Fed. R. Civ. P. 16(b) and Local Rule 16.1.

**I.   Obligation of Counsel to Confer**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(B), counsel for the Parties certify that they have conferred to discuss: (1) preparing an agenda of items to be discussed at the scheduling conference; (2) preparing a proposed pre-trial schedule for the case that includes a plan for discovery; and (3) considering whether they will consent to trial by Magistrate Judge.

**II.   Agenda for Scheduling Conference**

The parties propose the following Agenda for the Scheduling Conference:

    A.    Setting a Hearing Date for Pending Motions for Judgment on the Pleadings

    B.    Review of proposed pretrial schedule set forth below in Paragraph IV.

    C.    Establish a date for a status conference at the conclusion of discovery

**III.**   **Settlement Proposals**

Pursuant to Local Rule 16.1(C), Plaintiff tendered a written settlement demand by email on February 24, 2015, more than ten days prior to the Scheduling Conference. On behalf of all Defendants, Defense counsel Attorney Donnelly communicated a response to the settlement demand to Plaintiff's counsel on March 13, 2015. The parties were not able to resolve this case.

**IV.**   **Proposed Discovery Plan**

Pursuant to Rule 16(b) of the Fed. R. Civ. P. and Local Rule 16.1 (D), the Parties propose the following discovery plan for the Court's consideration.

    **A.**    **Discovery**

    (1)    Initial Disclosures

    Initial Disclosures shall be served by each party on all opposing parties no later than two weeks following the Court's ruling on the pending dispositive Motions for Judgment on the Pleadings.

    (2)    Fact Discovery

    All fact discovery, including written discovery, including document requests, interrogatories, requests for admission, and depositions shall be completed by March 13, 2016 (ten month fact discovery period).

    **B.**    **Alternative Dispute Resolution**

    The parties shall consider alternate dispute resolution after the conclusion of Fact Discovery and report to the Court on whether they intend to engage in ADR.

    **C.**    **Expert Disclosures and Discovery**

    Plaintiffs shall disclose any expert to be used at trial by April 13, 2016.

      Defendants shall disclose any expert to be used at trial by <u>May 13, 2016</u>.

      The parties shall complete any expert depositions by <u>June 13, 2016</u>.

**V.**    **Proposed Schedule for Filing Motions**

    (1)    <u>Motions for Summary Judgment</u>

      Motions for Summary Judgment shall be served and filed by <u>July 13, 2016</u>.

      Oppositions shall be served and filed by <u>August 13, 2016</u>.

    (3)    <u>Final Pre-Trial Conference</u>

      The parties request a final pre-trial conference at a time convenient to the Court, preferably subsequent to a hearing and ruling on any Motions under Rule 56.

**VI.**    **Trial by Magistrate Judge**

The Defendants do not consent to trial by the assigned Magistrate Judge Marianne B. Bowler at this time.

**VII.**    **L.R. 16.1(D)(3) Certifications of Client Consultation**

The parties shall file the certifications required by L.R. 16.1(D)(3) separately in compliance with the Local Rule and any other Court Order.

| | |
|---|---|
| Respectfully submitted,<br>THE PLAINTIFFS,<br>EDWARD POMPONIO AND<br>PAUL POMPONIO<br><br>By */s/ Joseph F. Hennessey, Esq.*<br>Joseph F. Hennessey, Esq.<br>and<br>By */s/ Vikas S. Dhar, Esq.*<br>Vikas S. Dhar, Esq.<br>Dhar Law LLP<br>One Constitution Center<br>Charlestown, MA  02129<br>Phone: (617) 880-6155<br>jhennessey@dharlawllp.com<br>BBO No.:  669552<br>BBO No.:  657539 | THE DEFENDANTS,<br>ANTHONY SCHIAVI, TOWN OF<br>ASHLAND, JAMES J. PURCELL,<br>JOHN PETRIN, MARK PURPLE,<br>ROBERT HEBDEN AND<br>STEPHEN DOHERTY,<br><br>By */s/ Gerard T. Donnelly, Esq.*<br>Gerard T. Donnelly, Esq.<br>and<br>By */s/ Courtney E. Mayo, Esq.*<br>Courtney E. Mayo, Esq.<br>Hassett & Donnelly, P.C.<br>446 Main Street, 12th Floor<br>Worcester, MA  01608<br>Phone (508) 791-6287 Fax (508) 791-2652<br>gdonnelly@hassettanddonnelly.com<br>cmayo@hassettanddonnelly.com<br>BBO No.  553283<br>BBO No.  657790<br><br>THE DEFENDANTS,<br>RICHARD BRIGGS, GREGORY FAWKES,<br>CHRISTOPHER ALBERINI, ROBERT<br>MACQUARRIE, MICHAEL DIONNE,<br>ALLENA DOWNEY AND JOHN<br>DRISCOLL<br><br>By */s/ John Cloherty, Esq.*<br>John Cloherty, Esq.<br>Pierce, Davis & Perritano, LLP<br>90 Canal Street<br>Boston, MA  02114<br>Phone (617) 350-0950<br>jcloherty@piercedavis.com<br>BBO No.  566522 |

Dated:  May 13, 2015