UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD POMPONIO and PAULA POMPONIO,<br>      Plaintiffs,<br><br>v.<br>TOWN OF ASHLAND, JOHN PETRIN, ROBERT HEBDEN, RICHARD BRIGGS, GREGORY FAWKES, CHRISTOPHER ALBERINI, ROBERT MACQUARRIE, ANTHONY SCHIAVI, STEPHEN DOHERTY, MICHAEL DIONNE, LUANNE TOMASO, ALENA DOWNEY, JAMES PURCELL and MARK PURPLE,<br>      Defendants. | CIVIL ACTION NO. 1:15-cv-10253-IT |

**FIRST AMENDED JOINT SCHEDULING STATEMENT**

The parties hereby submit the following Amended Joint Statement in accordance with the provisions of Fed. R. Civ. P. 16(b), Local Rule 16.1 and the Order of the Court dated February 5, 2016.

**I.**     **Obligation of Counsel to Confer**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(B), counsel for the Parties certify that they have conferred to discuss: (1) preparing an agenda of items to be discussed at the scheduling conference; (2) preparing a proposed pre-trial schedule for the case that includes a plan for discovery; and (3) considering whether they will consent to trial by Magistrate Judge.

**II.**     **Agenda for Scheduling Conference**

The parties propose the following Agenda for the Scheduling Conference:

    A.     Review of proposed pretrial schedule set forth below in Paragraph IV.

    B.     Address the number of depositions to be noticed by plaintiffs and defendants

    C.     Establish a date for a status conference at the conclusion of discovery

1

**III.     Settlement Proposals**

Pursuant to Local Rule 16.1(C), Plaintiff tendered a written settlement demand by email on February 24, 2015, more than ten days prior to the Scheduling Conference. On behalf of all Defendants, Defense counsel Attorney Donnelly communicated a response to the settlement demand to Plaintiff's counsel on March 13, 2015. The parties were not able to resolve this case.

**IV.     Proposed Discovery Plan**

Pursuant to Rule 16(b) of the Fed. R. Civ. P. and Local Rule 16.1 (D), the Parties propose the following discovery plan for the Court's consideration.

   **A.     Discovery**

   (1)     Initial Disclosures

   Initial Disclosures shall be served by the remaining defendants no later than February 25, 2016.

   (2)     Fact Discovery

   All fact discovery, including written discovery, including document requests, interrogatories, requests for admission, and depositions shall be completed by October 8, 2016 (eight month fact discovery period).

   **B.     Alternative Dispute Resolution**

   The parties shall consider alternate dispute resolution after the conclusion of Fact Discovery and report to the Court on whether they intend to engage in ADR.

   **C.     Expert Disclosures and Discovery**

   Plaintiffs shall disclose any expert to be used at trial by November 8, 2016.

   Defendants shall disclose any expert to be used at trial by December 8, 2016.

   The parties shall complete any expert depositions by January 8, 2017.

**V.     Proposed Schedule for Filing Motions**

    (1)    <u>Motions for Summary Judgment</u>

    Motions for Summary Judgment shall be served and filed by <u>February 8, 2017.</u>

    Oppositions shall be served and filed by <u>March 8, 2017.</u>

    (3)    <u>Final Pre-Trial Conference</u>

    The parties request a final pre-trial conference at a time convenient to the Court, preferably subsequent to a hearing and ruling on any Motions under Rule 56.

**VI.    Trial by Magistrate Judge**

The parties do not consent to trial by the assigned Magistrate Judge Marianne B. Bowler at this time.

**VII.   L.R. 16.1(D)(3) Certifications of Client Consultation**

The parties shall file the certifications required by L.R. 16.1(D)(3) separately in compliance with the Local Rule and any other Court Order.

Respectfully submitted,
THE PLAINTIFFS,
EDWARD POMPONIO AND
PAUL POMPONIO

By */s/ Joseph F. Hennessey, Esq.*
Joseph F. Hennessey, Esq.
and
By */s/ Vikas S. Dhar, Esq.*
Vikas S. Dhar, Esq.
Dhar Law LLP
One Constitution Center
Charlestown, MA  02129
Phone: (617) 880-6155
jhennessey@dharlawllp.com
BBO No.:  669552
BBO No.:  657539

THE DEFENDANTS,
ANTHONY SCHIAVI, TOWN OF
ASHLAND, JAMES J. PURCELL,
JOHN PETRIN, MARK PURPLE,
ROBERT HEBDEN AND
STEPHEN DOHERTY,

By */s/ Gerard T. Donnelly, Esq.*
Gerard T. Donnelly, Esq.
and
By */s/ Courtney E. Mayo, Esq.*
Courtney E. Mayo, Esq.
Hassett & Donnelly, P.C.
446 Main Street, 12th Floor
Worcester, MA  01608
Phone (508) 791-6287 Fax (508) 791-2652
gdonnelly@hassettanddonnelly.com
cmayo@hassettanddonnelly.com
BBO No.  553283
BBO No.  657790

THE DEFENDANTS,
RICHARD BRIGGS, GREGORY FAWKES,
CHRISTOPHER ALBERINI, ROBERT
MACQUARRIE, MICHAEL DIONNE,
ALLENA DOWNEY AND JOHN
DRISCOLL


By */s/ John Cloherty, Esq.*
John Cloherty, Esq.
Pierce, Davis & Perritano, LLP
90 Canal Street
Boston, MA  02114
Phone (617) 350-0950
jcloherty@piercedavis.com
BBO No.  566522

Dated:  February 9, 2016