# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

Edward Pomponio et al.
    Plaintiffs,

v.                                                                                                          Civil Action No. 1:15-cv-10253-IT

Town of Ashland et al.
    Defendants.

## Amended Scheduling Order

**TALWANI, D.J.**

      This Amended Scheduling Order is intended to provide a reasonable timetable for discovery and motion practice in order to help ensure a fair and just resolution of this matter without undue expense or delay.

## Timetable for Discovery and Motion Practice

      Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), it is hereby ORDERED that:

1.   **Initial Disclosures.** For Defendants who have moved for judgment on the pleadings and now remain after the decision on the motions, such disclosures must be completed no later than February 25, 2016.

2.   **Fact Discovery – Interim Deadlines.**

   a.   All requests for production of documents, interrogatories, and requests for admission must be served in order to be completed by May 13, 2016. The parties may agree to extend this date to October 8, 2016 without further order of the court.

   b.   All depositions, other than expert depositions, must be completed by October 8, 2016.

3.   **Fact Discovery – Final Deadline.** All discovery, other than expert discovery, must be completed by October 8, 2016.

4.   **Status Conference.** A status conference will be held on October 11, 2016 at 2:30 p.m.

5.   **Expert Discovery.**

   a.   Plaintiff(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by November 8, 2016.

b. Defendant(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by December 8, 2016.

c. The parties shall complete any expert depositions by January 8, 2017.

6. **Dispositive Motions.**

   a. Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by February 8, 2017.

   b. Oppositions to any dispositive motions shall be filed by March 8, 2017.

## Procedural Provisions

7. **Extension of Deadlines.** Motions to extend or modify deadlines will be granted only for good cause shown. All motions to extend shall contain a brief statement of the reasons for the request; a summary of the discovery, if any, that remains to be taken; and a specific date when the requesting party expects to complete the additional discovery, join other parties, amend the pleadings, or file a motion.

8. **Motions to Compel or Prevent Discovery.** Except for good cause shown, motions to compel discovery, motions for protective orders, motions to quash, motions to strike discovery responses, and similar motions must be filed no later than seven days after the close of fact discovery or the close of expert discovery, whichever deadline is relevant. If additional discovery is compelled by the court after the relevant deadline has passed, the court may enter such additional orders relating to discovery as may be appropriate.

9. **Status Conferences.** The court has scheduled a status conference after (or close to) the close of fact discovery for case management purposes. Any party who reasonably believes that a status conference will assist in the management or resolution of the case may request one from the court upon reasonable notice to opposing counsel.

10. **Additional Conferences.** Upon request of counsel, or at the court's own initiative, additional case-management or status conferences may be scheduled.

11. **Pretrial Conference.** Lead trial counsel are required to attend any pretrial conference.

12. **Discovery Disputes.** In the event the parties encounter a discovery dispute, they are encouraged to request a hearing or telephone conference with the court before filing a discovery motion.

                                                          Indira Talwani
                                                          United States District Judge

Date: February 16, 2016
By: /s/Gail MacDonald Marchione
Deputy Clerk